FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| HARRY J. WEATHERSPOON, JR. | § | Case No. 16-41267 |
| XXX-XX-8443 | § | Chapter 13 |
| | § | |
| VIOLA J. WEATHERSPOON | § | |
| XXX-XX-8109 | § | |
| | § | |
| 907 KEY ROAD | § | |
| SHERMAN. TX 75090 | § | |
| | § | |
| DEBTORS | § | |

**DEBTORS' MOTION TO APPROVE SALE OF EXEMPT REAL ESTATE AT 907 KEY ROAD, SHERMAN, TEXAS PURSUANT TO 11 U.S.C. § 363(b)**

**NOTICE TO PARTIES IN INTEREST**

YOUR RIGHTS MAY BE AFFECTED BY THE RELIEF SOUGHT IN THIS PLEADING. YOU SHOULD READ THIS PLEADING CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU OPPOSE THE RELIEF SOUGHT BY THIS PLEADING, YOU <u>MUST</u> FILE A WRITTEN OBJECTION, EXPLAINING THE FACTUAL AND/OR LEGAL BASIS FOR OPPOSING THE RELIEF.

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING <u>WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE</u> SHOWN IN THE CERTIFICATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IF FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING WITH APPROPRIATE NOTICE. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOW COMES Harry J. Weatherspoon, Jr. and Viola J. Weatherspoon ("Debtors"), requesting authorization from the Court to sell certain real property:

1.

This Motion is filed pursuant to 11 U.S.C. §363(b) and §1303, Bankruptcy Rules 6004(a), 9014 and 2002, and applicable Local Rules.

2.

Debtors own certain real property consisting of approximately 25.29 acres, out of the A. Pieratt Survey, Abstract No. 944, Grayson County, Texas, and further described on Exhibit "A" attached hereto and incorporated herein by reference for all purposes, commonly known as 907 Key Road, Sherman, Texas (the "Property"). The property has previously been determined in this case to be Debtors' principal residence and homestead, and such Property has been allowed as exempt property of Debtors pursuant to 11 U.S.C. § 522(b)(3), as no objections to the exemption of the Property as Debtors' residence and homestead were timely filed.

3.

Debtors have entered into a Contract dated March 16, 2018, to sell the Property to Christopher N. and Emily N. McRoberts ("Purchaser"), for a purchase price of $340,000.00. The sale of the Property is in the best interest of Debtors, the estate and all entities with any interest or liens against the Property. The purchase price for the Property exceeds the total amount of all liens, claims and encumbrances and the estimated cost of sale.

4.

There is an outstanding mortgage note fully secured by a lien on 10.00 acres of the Property including the house, of approximately $44,605.00, as of the date of Debtors' Bankruptcy Petition, now held by Ditech Financial, LLC ("Ditech"), and secured by a Texas Home Equity Security Instrument as recorded in the Official Public Records of Grayson County, Texas, in Volume 3680, Page 765; and, a Texas Home Equity Affidavit and Agreement as recorded in the Official Public Records of Grayson County, Texas in Volume 3680, Page 782. See Claim No. 19 on the Court's Claims Register, which is incorporated herein by reference for all purposes. Such note shall be paid in full from the sale proceeds. Ditech shall be required to release its lien upon receipt of the note balance.

5.

Ad Valorem Property Taxes for 2015 thru 2017, shall be collected at closing with the tax lien for such years continuing against the Property until such taxes are fully paid by Seller. All prior years property taxes have been previously paid.

6.

Ad Valorem Property taxes due on the Property for 2018 shall be prorated between Debtors and Purchaser at closing. Unless the taxes due for 2018 are actually paid to all applicable taxing authorities upon closing, the Property shall remain subject to all ad valorem tax liens until such time as the taxes are fully paid by Purchaser.

7.

Prior to the filing of Debtors' case, the Internal Revenue Service ("IRS") filed a federal tax lien against Debtors in Grayson County, Texas, as reflected in the IRS's Proof of Claim filed in this case on May 24, 2017, (the "IRS Claim"), Claim No. 6 on the Court's Claims Register, which Claim is incorporated herein by reference for all purposes. The IRS Claim states a Secured

Claim against the Property of $60,066.40, plus accruing interest. The federal tax lien of the IRS is recorded in the Official Public Records of Grayson County, Texas, in Volume 5408, Page 487, for taxes due for 2011 and 2012 only. Upon closing of the authorized sale the lien of the IRS as recorded in Volume 5408, Page 487, of the Official Public Records of Grayson County, Texas, shall be discharged from the Exhibit "A" Property, and such lien shall not be enforceable by the IRS as to such Property for all purposes, such discharge to be evidenced by a copy of The Order Granting this Motion recorded in the Public Records of Grayson County, Texas.

8.

Upon closing of the proposed sale, the full amount of the IRS Secured Claim as filed in Debtors' case shall be paid in full.

9.

Upon entry of an Order Granting this Motion; the Property shall be sold to Purchaser free and clear of all liens, claims and encumbrances, except as otherwise provided herein, and the liens, claims and encumbrances of Ditech, the IRS and all applicable taxing authorities for ad valorem taxes shall attach to the proceeds of such sale, to the same extent, with the same priorities and the same validity as such liens, claims and encumbrances previously attached to the Property, continuing until fully paid.

10.

The pending sale of the Property is set to close on or before April 27, 2018, subject to Purchaser obtaining financing and the Court's Order on this Motion. Debtors elected to use Texas exemptions any net proceeds which result from the sale of the Debtors' homestead are conditionally exempt pursuant to The Texas Constitution, art. 16 §§50 and 51, Texas Prop. Code §§41.001-.002, from the claims of all creditors for a period of six (6) months following the receipt

of such proceeds. If the full amount of the net proceeds are not reinvested in a new homestead within six (6) months from the date of sale closing, any amount not re-invested will then be considered non-exempt property of Debtor's Bankruptcy estate. Therefore, Debtors shall hold the net proceeds in trust strictly in accordance with this Motion. The Debtors shall place the net proceeds in a segregated bank account used for no other purpose, and shall tender to the Chapter 13 Trustee the name, address, account number of such bank, along with evidence of the deposit of the net proceeds.

11.

Debtors shall not withdraw any of such funds until the Trustee has issued written consent, after first having been furnished notice from Debtors reflecting the details of any proposed withdrawal along with supporting documentation. In the event that the Trustee is unable to consent to the request, then funds may only be release upon further orders of the Court. Debtors may only use the net proceeds plus any interest that accrues after the deposit to purchase another homestead within six (6) months of the closing and funding of the sale transaction for the Property. Any remaining funds, including interest thereon, which have not been used to purchase another homestead within six (6) months from the closing and funding of the sale of the property, shall immediately be tendered to the Chapter 13 Trustee by Debtors for the benefit of the Debtors' unsecured and priority creditors unless otherwise ordered by the Court. The Debtors shall furnish all documents and receipts evidencing any distribution from the segregated account within 7 business days of disbursement.

12.

Debtors shall provide a copy of the HUD-1 Closing Statement to the Chapter 13 Trustee within ten (10) days following the date of closing.

WHEREFORE, PREMISES CONSIDERED, Debtors request that upon notice and hearing, the Court enter an Order allowing the sale of the Property as proposed herein free and clear of all liens, claims and encumbrances, and for such other and further relief as Debtors may be justly entitled.

Respectfully submitted,

GARY J. CAMPBELL & ASSOCIATES, P.C.

By: _____
GARY J. CAMPBELL
State Bar I.D. No. 03702500
P.O. Box 758
Sherman, Texas 75091-0758
(903) 868-0545
FAX: (800) 641-9045

ATTORNEY FOR DEBTORS

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Debtor's Motion to Sell Real Estate was served upon all creditors and parties in interest as listed in the attached Master Mailing List as constituted by the Court at the time of service and all attorneys or others requesting notice, as listed below, by electronic means for those registered with the Court to receive electronic notice, otherwise by United States first-class mail, postage prepaid, this 27 day of March, 2018.

**Debtor:**
Mr. & Mrs. Harry J. Weatherspoon, Jr.
907 Key Road
Sherman, TX   75090

**Chapter 13 Trustee:**
Carey D. Ebert
Standing Chapter 13 Trustee
P.O. Box 941166
Plano, TX   75094-1166

**Attorneys Requesting Notice:**
Melissa L. Palo
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX   75207

Shapiro Schwartz, LLP
13105 Northwest Freeway
Suite 1200
Houston, TX 77040

Michael Weems
Hughes, Watters & Askanase, LLP
1201 Louisiana, 28th Floor
Houston, TX 77002

**Creditors Requesting Notice:**
Synchrony Bank
c/o Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

**Attorney for IRS:**
Ruth Harris Yeager
Assistant U.S. Attorney
Eastern District of Texas
110 N. College, Suite 700
Tyler, Texas 75072

**Purchaser:**
Christopher & Emily McRoberts
3403 Red Bird Lane
Grapevine, Tx 76051

**Title Company:**
Red River Title Company
421 N. Crockett St
Sherman, TX 75090

**Real Estate Agent for Seller:**
Linda Cook
ERA Realty
2731 W. Morton
Suite 101
Denison, Texas, 75020
lindacook29@yahoo.com

**Real Estate Agent for Purchaser:**
Alisa Runge
150 N. Nolen Dr.

Southlake, TX 76092
alisarunge@gmail.com

_____        _____
Gary J. Campbell                                        Legal Assistant

0066421

0280808

00944

## Exhibit "A"

Situated in the County of Grayson, State of Texas, being a part of the A. Pieratt Survey, Abstract No. 944, and being part of the 37 acre tract of land as purchased from J. C. Flowers et ux by deed dated December 18, 1911, as recorded in Volume 213, Page 588, Deed Records, Grayson County, Texas, and being more particularly described by metes and bounds as follows, to-wit:

BEGINNING at a 1/2 inch steel rod maintaining the Northernmost Northwest corner of the herein described tract of land, same being the Northwest corner of a 19 1/2 acre tract of land as purchased from J. C. Flowers et ux by deed dated December 18, 1911, as recorded in Volume 213, Page 588, Deed Records, Grayson County, Texas, and further being the Northwest corner of Lot No. 5, subdivisional survey for the heirs of C. C. Scott, deceased;

THENCE South 77 deg. 29 min. 48 sec. East with a fence maintaining a North line to said 37 acre tract, a distance of 733.91 ft. to a steel rod in the East line of the Pieratt Survey;

THENCE South 12 deg. 25 min. 43 sec. West with the East line of the Pieratt Survey, a distance of 89.61 ft. to an angle point;

THENCE South 12 deg. 07 min. West, continuing with the East line of said Pieratt Survey, a distance of 262.78 ft. to a steel rod;

THENCE South 12 deg. 48 min. 08 sec. West with the East line of the Pieratt Survey common to the West line of the L. D. Henderson Survey, at 218.79 ft. passing the Southwest corner of the Henderson Survey, now with the center of a public road, a total distance of 991.32 ft. to a nail in the center of a bridge marking the intersection of the center line of said public road and the center of a creek;

THENCE in a West and North direction with the center of said creek, the following calls and distances:

```
North 47 deg. 44 min. 54 sec. West a distance of  60.21 ft.;
North 00 deg. 54 min. 48 sec. East a distance of  41.60 ft.;
North 86 deg. 34 min. 49 sec. West a distance of  31.02 ft.;
South 22 deg. 34 min. 42 sec. West a distance of 107.24 ft.;
North 68 deg. 11 min. 29 sec. West a distance of  47.94 ft.;
North 35 deg. 21 min. 22 sec. West a distance of  32.85 ft.;
North 08 deg. 24 min. 37 sec. West a distance of  25.76 ft.;
North 41 deg. 51 min. 51 sec. West a distance of  50.23 ft.;
North 55 deg. 52 min. 52 sec. West a distance of  28.00 ft.;
South 57 deg. 19 min. 00 sec. West a distance of  55.75 ft.;
South 12 deg. 02 min. 03 sec. West a distance of  31.40 ft.;
South 45 deg. 57 min. 14 sec. West a distance of  28.63 ft.;
South 83 deg. 52 min. 51 sec. West a distance of  35.42 ft.;
```

Recorders Memo——
Some portions of this Document may not be clearly legible.

0066421

## Exhibit "A" (continued)

028808

009945

North 66 deg. 19 min. 10 sec. West a distance of 90.02 ft.;
South 74 deg. 27 min. 48 sec. West a distance of 32.20 ft.;
South 52 deg. 24 min. 34 sec. West a distance of 70.89 ft.;
South 80 deg. 45 min. 42 sec. West a distance of 48.38 ft.;
North 06 deg. 33 min. 20 sec. East a distance of 74.98 ft.;
North 32 deg. 12 min. 12 sec. West a distance of 40.97 ft.;
North 70 deg. 53 min. 53 sec. West a distance of 108.79 ft.;
North 61 deg. 39 min. 33 sec. West a distance of 115.83 ft.;
North 36 deg. 51 min. 49 sec. West a distance of 66.64 ft.;
North 15 deg. 07 min. 36 sec. West a distance of 78.93 ft.;
North 25 deg. 13 min. 22 sec. East a distance of 78.79 ft.;
North 52 deg. 09 min. 43 sec. East a distance of 57.56 ft.;
North 89 deg. 57 min. 10 sec. East a distance of 119.89 ft.;
North 02 deg. 56 min. 34 sec. East a distance of 9.42 ft.;
North 35 deg. 23 min. 39 sec. West a distance of 126.93 ft.;
North 09 deg. 29 min. 51 sec. West a distance of 29.55 ft.;
North 26 deg. 30 min. 39 sec. East a distance of 108.35 ft.;
North 05 deg. 32 min. 18 sec. West a distance of 69.60 ft.;
North 55 deg. 02 min. 39 sec. West a distance of 92.06 ft.;
North 32 deg. 07 min. 54 sec. West a distance of 103.65 ft.;
North 15 deg. 36 min. 07 sec. West a distance of 199.87 ft.;
THENCE South 88 deg. 42 min. 23 sec. East a distance of 258.02 ft. to an old dead tree maintaining an ell corner in the aforesaid 29 1/2 acre tract of land;
THENCE North 11 deg. 17 min. 32 sec. East with an old fence line, a distance of 406.37 ft. to the place of beginning and containing 25.9574 acres of land.

Recorders Memo
Some portions of this Document may not be clearly legible.

```
Label Matrix for local noticing          CitiMortgage, Inc.                      Ally Bank
0540-4                                   P.O. Box 6030                           PO Box 130424
Case 16-41267                            Sioux Falls, SD 57117-6030              Roseville MN 55113-0004
Eastern District of Texas
Sherman
Tue Mar 27 10:42:08 CDT 2018

Ally Financial                           Amazon/ Synchrony Bank                  American Eagle Outfitters / Synchrony
PO Box 380901                            Attn: Bankruptcy Department             Attn: Bankruptcy Department
Minneapolis, MN 55438-0901               PO Box 965060                           PO Box 965060
                                         Orlando, FL 32896-5060                  Orlando, FL 32896-5060


American Express Centurion Bank          American Express Centurion Bank         Belk / Synchrony Bank
P.O. Box 297879                          c/o Becket and Lee LLP                  Attn: Bankruptcy Department
Fort Lauderdale, FL 33329-7879           PO Box 3001                             PO Box 965060
                                         Malvern  PA 19355-0701                  Orlando, FL 32896-5060


Bridgecrest Credit Company, LLC          Bridgecrest Formerly Drivetime          CITIMORTGAGE, INC.
PO Box 29018                             P.O. Box 29018                          Hughes, Watters and Askanase, LLP
Phoenix, AZ 85038-9018                   Phoenix, AZ 85038-9018                  1201 Louisiana, 28th Floor
                                                                                 Houston, TX 77002-5607


Caliber Home Loans                       Caliber Home Loans                      Gary J. Campbell
13801 Wireless Way                       PO Box 24610                            Gary J. Campbell & Associates, P.C.
Oklahoma City, OK 73134-2500             Oklahoma City, OK 73124-0610            320 North Travis, Suite 207
                                                                                 P.O. Box 758
                                                                                 Sherman, TX 75091-0758


Capital One NA                           Chase Corporation                       ChexSystems
c/o Becket and Lee LLP                   16861 Bernardo Center Dr.               Attn:  Consumer Relations
PO Box 3001                              San Diego, CA 92128-2503                7805 Hudson Road, Suite 100
Malvern PA 19355-0701                                                            Woodbury, MN 55125-1703


Citi Mortgage                            CitiMortgage, Inc.                      Dillards / Wells Fargo Bank, N.A.
Attn: Consumer Default                   P.O. Box 790005                         PO Box 10347
1000 Technology Drive                    Saint Louis, MO 63179-0005              Des Moines, IA 50306-0347
O Fallon, MO 63368-2240


Ditech Financial LLC                     Ditech Financial LLC fka Green Tree Servicin   Ditech Financial, LLC
Barrett Daffin Frappier Turner & Engle,  P.O. Box 6154                           PO Box 44265
4004 Beltline Rd. Ste 100                Rapid City, South Dakota 57709-6154     Jacksonville, FL 32231-4265
Addison, TX 75001-4320


Abbey U. Dreher                          Keri P. Ebeck                           Carey D. Ebert
Barrett Daffin Frappier Turner & Engel   Bernstein-Burkley                       P. O. Box 941166
4004 Beltline Road, Suite 100            707 Grant Street                        Plano, TX 75094-1166
Addison, TX 75001-4320                   Suite 2200 Gulf Tower
                                         Pittsburgh, PA 15219-1945


Equifax Credit Information Systems, Inc. Experian                                Frisco Spine, PA
P.O. Box 740241                          P.O. Box 2002                           1700 FM 544, Ste. 100
Atlanta, GA 30374-0241                   Allen, TX 75013-2002                    Lewisville, TX 75056-4686
```

Grayson County
Linebarger Goggan Blair & Sampson LLP
c/o Melissa L. Palo
2777 N. Stemmons Freeway
Suite 1000
Dallas, Tx 75207-2328

Grayson County
c/o Melissa Palo
Linebarger Goggan Blair & Sampson, LLP
2777 N Stemmons Freeway Suite 1000
Dallas, TX 75207-2328

Grayson County Tax Assessor/Collector
P.O. Box 2107
Sherman, TX 75091-2107

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Katherine Jan Stone
205 S. King
Tom Bean, TX 75489

Khol's / Capital One Bank, N.A.
PO Box 3043
Milwaukee, WI 53201-3043

Jeffry B. Lewis
Robertson Anschutz Vetters
1500 CityWest Blvd, Suite 700
Houston, TX 77042-2558

Linebarger Goggan Blair
and Sampson, LLP
115 E. Lamar Street
Sherman, TX 75090-7106

Lowe's / Synchrony Bank
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060

MIDLAND FUNDING LLC
PO BOX 2011
WARREN, MI 48090-2011

Office of the Attorney General
of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Melissa L. Palo
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207-2328

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
CP Medical LLC
PO Box 788
Kirkland, WA 98083-0788

Recovery Management Systems Corporation
25 S.E. Second Avenue
Suite 1120
Miami, FL 33131-1605

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Sam's Club/ Synchrony Bank
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060

Kirk A. Schwartz
Shapiro Schwartz, LLP
13105 Northwest Fwy
Suite 1200
Houston, TX 77040-6355

Sears Credit Cards / Citi Bank
PO Box 6282
Sioux Falls, SD 57117-6282

TeleCheck Services, Inc.
5251 Westheimer
Houston, TX 77056-5416

Texoma Emergency Physicians
PO Box 8775
Fort Worth, TX 76124-0775

Texoma Medical Center
PO Box 31001-0827
Pasadena, CA 91110-0827

TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19016-2000

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

United Revenue Corp
204 Billings, Suite 120
Arlington, TX 76010-2495

United States Department of Justice
Office of the U.S. Trustee
300 Plaza Tower
110 N. College
Tyler, TX 75702-7231

Harry J. Weatherspoon Jr.
907 Key Road
Sherman, TX 75090-7558

| | | |
|---|---|---|
| Viola J. Weatherspoon<br>907 Key Road<br>Sherman, TX 75090-7558 | Michael Weems<br>Hughes Watters Askanase<br>333 Clay, 29th Floor<br>Houston, TX 77002-2571 | Wells Fargo Bank, N.A.<br>PO Box 10438<br>Des Moines, IA 50306-0438 |
| Wescom Credit Union<br>5601 E. La Palma Ave.<br>Anaheim, CA 92807-2109 | Wescom Credit Union<br>PO Box 7027<br>Pasadena, CA 91109-7027 | Zwicker and Associates, P.C.<br>1 Chisolm Trail, Suite 301<br>Round Rock, TX 78681-5109 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>Special Procedures Branch<br>1100 Commerce Street<br>M/S 5004 DAL<br>Dallas, TX 75242 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO Box 7999<br>St Cloud MN 56302 | (d)Jefferson Capital Systems LLC<br>PO Box 7999<br>St Cloud, MN 56302-9617 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Caliber Home Loans, Inc.<br>13801 Wireless Way<br>Oklahoma City, OK 73134-2500 | (d)Carey D. Ebert<br>P. O. Box 941166<br>Plano, TX 75094-1166 | (d)Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |

End of Label Matrix
Mailable recipients    65
Bypassed recipients     3
Total                  68