0066421

0
2
8
0
8

0
0
9
4
4

## Exhibit "A"

Situated in the County of Grayson, State of Texas, being a part of the A. Pieratt Survey, Abstract No. 944, and being part of the 37 acre tract of land as purchased from J. C. Flowers et ux by deed dated December 18, 1911, as recorded in Volume 213, Page 588, Deed Records, Grayson County, Texas, and being more particularly described by metes and bounds as follows, to-wit:

BEGINNING at a 1/2 inch steel rod maintaining the Northernmost Northwest corner of the herein described tract of land, same being the Northwest corner of a 19 1/2 acre tract of land as purchased from J. C. Flowers et ux by deed dated December 18, 1911, as recorded in Volume 213, Page 580, Deed Records, Grayson County, Texas, and further being the Northwest corner of Lot No. 5, subdivisional survey for the heirs of C. C. Scott, deceased;

THENCE South 77 deg. 29 min. 48 sec. East with a fence maintaining a North line to said 37 acre tract, a distance of 733.91 ft. to a steel rod in the East line of the Pieratt Survey;

THENCE South 12 deg. 25 min. 43 sec. West with the East line of the Pieratt Survey, a distance of 89.61 ft. to an angle point;

THENCE South 12 deg. 07 min. West, continuing with the East line of said Pieratt Survey, a distance of 262.78 ft. to a steel rod;

THENCE South 12 deg. 48 min. 08 sec. West with the East line of the Pieratt Survey common to the West line of the L. D. Henderson Survey, at 218.79 ft. passing the Southwest corner of the Henderson Survey, now with the center of a public road, a total distance of 991.32 ft. to a nail in the center of a bridge marking the intersection of the center line of said public road and the center of a creek;

THENCE in a West and North direction with the center of said creek, the following calls and distances:

North 47 deg. 44 min. 54 sec. West a distance of 60.21 ft.;
North 00 deg. 54 min. 48 sec. East a distance of 41.60 ft.;
North 86 deg. 34 min. 49 sec. West a distance of 31.02 ft.;
South 22 deg. 34 min. 42 sec. West a distance of 107.24 ft.;
North 68 deg. 11 min. 29 sec. West a distance of 47.94 ft.;
North 35 deg. 21 min. 22 sec. West a distance of 32.85 ft.;
North 08 deg. 24 min. 37 sec. West a distance of 25.76 ft.;
North 41 deg. 51 min. 51 sec. West a distance of 50.23 ft.;
North 55 deg. 52 min. 52 sec. West a distance of 28.00 ft.;
South 57 deg. 19 min. 00 sec. West a distance of 55.75 ft.;
South 12 deg. 02 min. 08 sec. West a distance of 31.40 ft.;
South 45 deg. 57 min. 14 sec. West a distance of 28.63 ft.;
South 83 deg. 52 min. 51 sec. West a distance of 35.42 ft.;

Recorders Memo
Some portions of this
Document may not be
clearly legible.

0066421

### Exhibit "A" (continued)

North 66 deg. 19 min. 10 sec. West a distance of 90.02 ft.;
South 74 deg. 27 min. 48 sec. West a distance of 32.20 ft.;
South 52 deg. 24 min. 34 sec. West a distance of 70.89 ft.;
South 80 deg. 45 min. 42 sec. West a distance of 48.38 ft.;
North 06 deg. 33 min. 20 sec. East a distance of 74.98 ft.;
North 32 deg. 12 min. 12 sec. West a distance of 40.97 ft.;
North 70 deg. 53 min. 53 sec. West a distance of 108.79 ft.;
North 61 deg. 39 min. 33 sec. West a distance of 115.83 ft.;
North 36 deg. 51 min. 49 sec. West a distance of 66.64 ft.;
North 15 deg. 07 min. 36 sec. West a distance of 78.93 ft.;
North 25 deg. 13 min. 22 sec. East a distance of 78.79 ft.;
North 52 deg. 09 min. 43 sec. East a distance of 57.56 ft.;
North 89 deg. 57 min. 10 sec. East a distance of 119.89 ft.;
North 02 deg. 56 min. 34 sec. East a distance of 9.42 ft.;
North 35 deg. 23 min. 39 sec. West a distance of 126.93 ft.;
North 09 deg. 29 min. 51 sec. West a distance of 29.55 ft.;
North 26 deg. 30 min. 39 sec. East a distance of 108.35 ft.;
North 05 deg. 32 min. 18 sec. West a distance of 69.60 ft.;
North 55 deg. 02 min. 39 sec. West a distance of 92.06 ft.;
North 32 deg. 07 min. 54 sec. West a distance of 103.65 ft.;
North 15 deg. 36 min. 07 sec. West a distance of 199.87 ft.;
THENCE South 88 deg. 42 min. 23 sec. East a distance of 258.02 ft. to an old dead tree maintaining an ell corner in the aforesaid 29 1/2 acre tract of land;
THENCE North 11 deg. 17 min. 32 sec. East with an old fence line, a distance of 406.37 ft. to the place of beginning and containing 25.9574 acres of land.

Recorders Memo
Some portions of this Document may not be clearly legible.